806

No. 65. VETERANS OF THE ABRAHAM LINCOLN BRIGADE *v.* SUBVERSIVE ACTIVITIES CONTROL BOARD. (Certiorari, 377 U. S. 989, to the United States Court of Appeals for the District of Columbia Circuit.) The motion to remove this case from the summary calendar is granted and the case is allotted one and one-half hours for oral argument. *Leonard B. Boudin* and *David Rein* for petitioner on the motion.

No. 107. COFFEE COUNTY, TENNESSEE *v.* CITY OF TULLAHOMA. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 179. CORBETT, GUARDIAN *v.* STERGIOS, ALIAS STERYIAKIS. Appeal from the Supreme Court of Iowa. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 24, Misc. MARIN *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 20, Misc. AUFLICK *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. James W. Kynes,* Attorney General of Florida, and *A. G. Spicola, Jr.,* Assistant Attorney General, for respondent.

No. 53, Misc. ANDERSON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. James W. Kynes,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.